FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2019 OCT -4 A 10: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-437 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JAMES C. BEPKO, | ) | Court Date: October 28, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7514134)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, JAMES C. BEPKO, did unlawfully operate a motor vehicle while having a blood alcohol concentration level higher than .20 grams per 210 liters of breath, specifically: .34 grams per 210 liters of breath.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Sections 18.2-266(i) and 18.2-270(A)(ii), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 4 day of October 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov